1  Derek T. Anderson (SBN 208141)
   *anderson_dt@hotmail.com*
2  **DEREK T. ANDERSON, ATTORNEY AT LAW**
   1850 Fifth Avenue
3  San Diego, California 92101
   Telephone: (619) 237-0099
4  Facsimile: (619) 237-0199

5  Attorney for Plaintiff, ABRAM RODRIGUEZ

6
7
8
                     UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
   **ABRAM RODRIGUEZ,**              )   Case No. 08-CV-0433-H-BLM
11                                    )
          Plaintiff,                  )
12                                    )
       v.                             )   **STIPULATION TO VACATE**
13                                    )   **AND RESCHDULE EARLY**
   **INTERNATIONAL LONGSHORE**        )   **NEUTRAL CASE EVALUATION**
14 **AND WAREHOUSE UNION LOCAL**      )   **CONFERENCE AND RELATED**
   **29; INTERNATIONAL**              )   **DEADLINES; ORDER**
15 **LONGSHORE AND WAREHOUSE**        )
   **UNION,**                         )   Complaint Filed: March 7, 2008
16                                    )
          Defendants.                 )
17                                    )
18                                    )
19 ─────────────────────────

20     WHEREAS plaintiff ABRAM RODRIGUEZ intends to amend the
21 complaint filed against defendants INTERNATIONAL LONGSHORE AND
22 WAREHOUSE UNION LOCAL 29 and INTERNATIONAL LONGSHORE AND
23 WAREHOUSE UNION to allege employment and labor violations which plaintiff
24 believes he was subjected to since the filing of the complaint in this matter but the
25 parties have been unable to confer on the matter for the reasons listed below;
26 ///
27 ///
28

1  WHEREAS counsel for the parties have been limited in their ability to
2  coordinate case-related matters, including the filing of an amended complaint, due
3  to negotiations between counsel for the ILWU on a new collective bargaining
4  agreement between the union and various employer signatories to it for which a
5  tentative contract was reached on July 29, 2008, after several weeks of round-the
6  clock negotiations;

7  WHEREAS it was discussed between counsel that the amendment of the
8  complaint would make it currently impractical to adequately identify, among other
9  things, the bases of plaintiff's claims and defendants' defenses, potential witnesses,
10 a proposed discovery plan, expert disclosures, a motion schedule, and potential
11 settlement until the amended complaint is filed;

12 WHEREAS since defendants do not yet know the particulars of the proposed
13 amended complaint, defendants reserve the right to oppose its filing;

14 WHEREAS counsel for plaintiff will also be unavailable for the currently
15 scheduled Early Neutral Evaluation currently scheduled for August 11, 2008, due
16 to a previously scheduled family vacation with his parents and siblings;

17 IT IS HEREBY STIPULATED BY ALL OF THE PARTIES TO THE
18 WITHIN ACTION that good cause exists to vacate the Early Neutral Evaluation
19 conference and related deadlines and reschedule the Early Neutral Evaluation
20 conference and related deadlines in approximately 60 days.

DATED: July 30, 2008       DEREK T. ANDERSON, ATTORNEY AT LAW

By_____
Derek T. Anderson
Attorney for Plaintiff, ABRAM RODRIGUEZ

| | | |
|---|---|---|
| 1 | DATED: July 31, 2008 | HOLGUIN, GARFIELD & MARTINEZ |
| 2 | | |
| 3 | | By _____ |
| 4 | | John Kim<br>Attorneys for Defendant, INTERNATIONAL LONGSHORE & WAREHOUSE UNION |
| 5 | | LOCAL 29 |
| 6 | DATED: July 31, 2008 | LEONARD CARDER, LLP |
| 7 | | |
| 8 | | By _____ |
| 9 | | Robert S. Remar<br>Attorneys for Defendant, INTERNATIONAL LONGSHORE & WAREHOUSE UNION |

ORDER

IT IS HEREBY ORDERED that the Early Neutral Evaluation conference in this action currently scheduled for August 11, 2008 and related deadlines are vacated and will be rescheduled in approximately 60 days.

DATED:_____        _____

UNITED STATES DISTRICT JUDGE