UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 29, et al.,<br><br>        Defendants. | Case No. 08cv433-H (BLM)<br><br>**ORDER DENYING JOINT MOTION AND CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC CONFERENCE**<br><br>[Doc. No. 10] |

On August 1, 2008, parties to the above matter filed a joint motion to continue the Early Neutral Evaluation ("ENE") set for August 11, 2008 at 9:30 a.m. Doc. No. 10. In support, the parties state that Plaintiff anticipates filing a first amended complaint, and that due to the uncertain nature of the parties' claims and defenses, settlement negotiations would not be fruitful at this time. Id. The parties also state that Plaintiff's counsel will not be available to appear in person at the ENE. Id.

The parties' motion to continue the ENE is **DENIED.** However, in light of the parties' statements, and given the status of the case, the Court finds it appropriate to convert the ENE to a

telephonic conference.  Accordingly, the ENE currently scheduled for **August 11, 2008** at **9:30 a.m.** shall be a <u>telephonic</u>, <u>attorneys-only</u> conference.  The Court will initiate the call.  The parties are reminded that they **are required to submit confidential ENE statements**, as described in this Court's previous Order.  Doc. No. 4.

**IT IS SO ORDERED.**

DATED: <u>August 6, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HON. MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL