UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 29, et al.,<br><br>　　　　　Defendants. | Case No. 08cv0433-H(BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On August 11, 2008 at 9:30 a.m. the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference ("ENE") in the above-entitled action. The Court discussed compliance with Rule 26 of the Federal Rules of Civil Procedure and, based thereon, issues the following orders:

　　　1.　Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

　　　2.　The Rule 26(f) conference shall be completed on or before **August 25, 2008**;

    3.   A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major on or before **September 2, 2008**;

    4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **September 8, 2008**; and,

    5.   A Case Management Conference pursuant to Rule 16(b) shall be held on **September 11, 2008** at **1:45 p.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major.  **Counsel shall appear telephonically.**  The Court will initiate the conference call.

    Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.  Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

    **IT IS SO ORDERED.**

DATED: August 11, 2008

*Barbara L. Major* (signature)

BARBARA L. MAJOR  
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF  
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES