# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM RODRIGUEZ,<br><br>      Plaintiff,<br><br> vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 29; and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>      Defendants. | CASE NO. 08-CV-0433-H (BLM)<br><br>ORDER DECLINING TO TRANSFER CASE |

  On July 21, 2008, Defendants submitted a notice of related cases, including a request to transfer this case to Judge Howard B. Turrentine under 29 U.S.C. § 504, based on his role as the sentencing judge in 94-CR-0099. (Doc. No. 9.) Judge Turrentine is a 94-year-old senior judge no longer in the Court's civil draw. Under these circumstances, the Court declines to transfer the case.

  IT IS SO ORDERED.

DATED: August 18, 2008

                MARILYN L. HUFF, District Judge
                UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.