BETH A. ROSS (SBN 141337)
ROBERT S. REMAR (SBN 100124)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415/771-6400
Facsimile: 415/771-7010

Attorneys for Defendant
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRAM RODRIGUEZ, | Case No. 08-CV-0433-H-BLM |
| Plaintiff, | |
| V | **NOTICE OF APPEARANCE OF COUNSEL** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 29; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Complaint filed: March 7, 2008 |
| Defendants. | |

PLEASE TAKE NOTICE that defendant INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, without waiving insufficient service of process, lack of jurisdiction or any other defense, hereby makes and enters its appearance in the above-entitled action by and through its attorneys Robert Remar and Leonard Carder, LLP. All further papers and proceedings in this lawsuit, except original process, should be served upon defendant by means of the court's

1 | CM/ECF system or hand delivered to the address set forth below, as appropriate.

Dated: September 2, 2008        LEONARD CARDER, LLP

                    By:    /s/ **Robert Remar**
                           Robert Remar
                           Attorneys for Defendant, INTERNATIONAL
                           LONGSHORE AND WAREHOUSE UNION