UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAM RODRIGUEZ, | Case No. 08cv0433-H(BLM) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR CLARIFICATION** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 29, et al., | [Doc. No. 15] |
| Defendants. | |

On September 2, 2008, Defendants filed a request for clarification of this Court's August 11, 2008 Order [Doc. No. 12] and a motion to continue dates. Doc. No. 15. The Court has reviewed the request and will discuss the issues raised by Defendants with counsel during the Case Management Conference scheduled for September 11, 2008. The motion to continue dates is **DENIED** and all dates remain as previously set.

**IT IS SO ORDERED.**

DATED: September 4, 2008

BARBARA L. MAJOR
United States Magistrate Judge

```
1   COPY TO:

2   HONORABLE MARILYN L. HUFF
    UNITED STATES DISTRICT JUDGE
3
    ALL COUNSEL AND PARTIES
4
```